# Exhibit 5

## DECLARATION OF AMBER SHERMAN

I, Amber Sherman, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Amber Sherman. I am over 18 years of age and competent to make this declaration.

2. I am a Black U.S. citizen and a resident of Memphis in Shelby County, Tennessee.

3. I have lived in Memphis all my life. My whole family lives in Memphis except for my twin sister.

4. I am lawfully registered to vote in Memphis. I vote regularly in federal elections and have done so since I was 18.

5. I am the Lead Tennessee Regional Organizer for Black Voters Matter Fund. I have served in this role for three years, but I have been organizing for six years.

6. As an organizer, I regularly engage with Black Memphians across the city and Shelby County. I also speak to Tennessee legislators to help ensure the interests of Black Memphians are reflected in the state house and senate.

7. I reside in Congressional District 9. Before May 7, 2026, Congressional District 9 was centered around the core of Memphis, encompassing much of Memphis and Shelby County. I have always remembered there being a congressional district that represents the core of Memphis.

8. I am a registered Democrat. I have voted for and supported Congressman Cohen for Congress in past elections. I have also supported Black congressional candidates in primary elections. In presidential elections, I supported Barack Obama in 2012, Hillary Clinton in 2016, Joe Biden in 2020, and Kamala Harris in 2024.

9. I tend to vote for Democratic candidates because they are more likely to respond to the issues Memphians are concerned about. These issues include Medicaid expansion, addressing

2

the affordable housing crisis in Memphis, racial equity, environmental justice, voting rights and civil rights, and regulating law enforcement, among others. The values of the Democratic Party are more aligned with mine than the Republican Party.

10. Democratic candidates and representatives make themselves accessible to me. For example, I have always felt that Representative Cohen's office is accessible and willing to listen to the voices of Memphis constituents. He regularly has town halls in the community. For example, when a major bridge in Memphis had a hole in it that caused severe traffic delays, I emailed Representative Cohen and found him responsive to my concerns. When I have emailed our Republican Senator Marsha Blackburn, or any other statewide Republican representative like the Governor, I cannot recall ever receiving a response. I have never seen Marsha Blackburn in Memphis engaging with the community.

11. Having a congressional representative who is accessible to me and my community ensures that my interests and the interests of Black Memphians are represented in Congress.

12. I do not believe a Tennessee Republican congressional representative will represent the interests of Memphis in Congress.

13. Tennessee's Republican Party is not supportive of Black Memphians at all and has repeatedly targeted Memphis. As an organizer, I have spoken with Republican legislators about Memphis's affordable housing crisis, improving worker benefits, and quality of life issues for Black Memphians. Republicans in the General Assembly are not supportive of any of these issues and others that impact Black Memphians.

14. I have specifically raised with Republican legislators the issues of addressing food insecurity in Memphis and disproportionately high Black maternal mortality rates. Tennessee's Republican legislators have shown no interest in addressing these problems.

15. When our local governments in Memphis and Shelby County pass laws addressing the needs of Black Memphians, the General Assembly blocks those laws from taking effect. These state laws target Memphis with criteria that are only applicable to Memphis. For example, after Memphis passed ordinances making traffic stop reforms in response to the killing of Tyre Nichols, the General Assembly passed a law repealing those reforms despite pleas from Nichols' family and Black Memphians to Republican legislators. Another example is when Memphis's Mayor Paul Young floated the idea of a guaranteed income program for certain residents to address the affordability concerns in Memphis. Republican representatives John Gillespie and Brent Taylor introduced House Bill 337 in response to prohibit local governments from implementing guaranteed income programs in Tennessee.

16. Tennessee's Republican legislators have also targeted predominately-Black government bodies in Shelby County and Memphis. These legislators passed bills that take away local control of the Memphis-Shelby County Schools and the Memphis-Shelby County Airport authority. I believe the General Assembly took away the decision making power from locals in Memphis and Shelby County because Memphis is a majority Black city. I am not aware of other school boards or airport authorities that the General Assembly has taken away local control from.

17. Memphis is also targeted under the federal government's self-described "Memphis Safe Task Force." This Task Force does not keep Memphis safe. Even though crime rates were trending down in Memphis prior to the Task Force's deployment, Tennessee's Republican lawmakers still pushed for it. The Task Force targets predominately Black communities in Memphis like Orange Mound but stays out of predominately white communities like Germantown.

18. The General Assembly also opposed the removal of confederate statutes and monuments, which Black Memphians overwhelmingly support. I organized at the State Capitol to

4

have Nathan Bedford Forrest's statute removed, which the Republican legislators strongly wanted to keep.

19. The General Assembly passing HB 7003, the new redistricting plan, is also directly contrary to the interests of Black Memphians because it destroys Black voters' ability to have a single representative in Congress.

20. I was shocked when I heard Republican Representatives claim that they did not know Memphis is a majority-Black city and that the old Congressional District 9 was majority Black too. It is common knowledge in the General Assembly that Memphis is majority-Black. I've personally had several conversations with Republican Representatives, including with Representative William Lamberth, in which we discussed the fact that Memphis is majority-Black.

21. Republican legislators have not only targeted Black Memphians with legislation, but they target Black lawmakers as well. For example, while I was at the capitol while the General Assembly voted to block Memphis's traffic stop reforms. Republican legislators have also told me on multiple occasions that they "hate" Representative Justin Pearson, who is Black and represents part of Memphis in House District 86. I have not heard these legislators say they hate any white lawmakers in Tennessee. Republican legislators have told me they will not discuss any legislation that Rep. Pearson is sponsoring or co-sponsoring. Republican legislators immediately shut down any bill with Rep. Pearson's name on it.

22. I believe the General Assembly pushed to pass HB 7003 so quickly in part because Justin Pearson is running for Congress this year. I worked on the Corey Strong campaign in the 2024 Congressional District 9 Democratic primary. Many Black voters turned out to vote for Mr. Strong, who is Black. Black voters in Memphis have been increasingly organizing behind viable Black Democratic candidates and Rep. Pearson was just that. Based on my experience organizing

5

in Memphis, I believe Rep. Pearson was well positioned to win his Democratic congressional primary election in old Congressional District 9, and that the General Assembly targeted Memphis in part because Black voters were supporting a Black candidate in Rep. Pearson.

23. I believe legislators enacted HB 7003 to prevent Black Memphians from being able to elect a candidate of choice, particularly when that candidate is also Black.

24. HB 7003 will have a dramatically harmful impact on my ability to organize and advocate for Black voters in Memphis. The new congressional district lines are causing voter apathy among Black Memphians because they feel that the General Assembly is intentionally shutting them out of the democratic process. Voters are now confused about the upcoming elections and do not know what congressional districts they are in. It is unclear to me where voters are going to go now to cast their ballots. Voters are also confused about what the election dates are now because the redistricting bill has caused elections to move. As an organizer, I educate voters about issues on the ballots, what offices are up for election, what the different offices in government are for, and what power those elected officials and offices have. Under HB 7003, I need to learn what the new district lines are and update election education materials that I have already shared with voters based on the old congressional lines and election dates.

25. I fear that the new congressional districts will cause Memphis to receive little federal funding and that our new congressional representatives will not see Memphians' issues as important to advocate for. State Senator Brent Taylor is an example of this. He only represents a small part of Memphis in Senate District 31, and he does nothing to champion for the needs of Black Memphians. His focus is advocating for constituents outside of Memphis, and I fear all of Memphis's congressional representatives will treat Black Memphians similarly.

6

26.     I have no relationship with any Republican congressional incumbents. The only Republican Representative I have a relationship with is Senator Taylor, who I do not believe will represent my community's needs. Senator Taylor is a white man who fights against everything important to Black Memphians. Everything Memphis voters have fought for he fights against. Senator Taylor called Memphis-Shelby County school board members, who are mostly Black women, "dumbasses," and compared them to jock itch.  He has called Memphis organizers "Soros backed schemers," and he sponsored legislation targeting Black protesters that creates a private right of action that allows people to sue protestors. This legislation Senator Taylor passed is in retaliation to protestors—who are overwhelmingly Black—organizing and demonstrating against Republican legislators' targeting of Memphis. Senator Taylor has also sponsored juvenile criminal law bills that increase penalties for youth offenders and their families. I have spoken with Senator Taylor about the impact his bills will have on Black and Brown kids in Memphis. Senator Taylor pushed these bills forward anyway. These bills and proposals from Senator Taylor all disproportionately harm Black voters in Memphis.

27.     Senator Taylor also uses rhetoric like "Make Memphis Matter," claims that he needs to save Black voters in Memphis. Based on my knowledge of his positions, I have concerns that Senator Taylor will not be responsive to my needs or the needs of other Black Memphis voters who share my interests.

28.     I do not believe that Senator Taylor could have won in Congressional District 9 before the redistricting.

29.     HB 7003 makes me feel disenfranchised. They are trying to remove our power as Black voters and remove any ability we have to improve our city.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on May 11, 2026

Amber Sherman

Case 3:26-cv-00616   Document 20-5   Filed 05/13/26   Page 8 of 8 PageID #: 337