# Exhibit 6

**DECLARATION OF RACHAEL SPRIGGS**

I, Rachael Spriggs declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      My name is Rachael Spriggs. I am over 18 years of age and competent to make this declaration.

2.      I am an African American U.S. citizen and a resident of Memphis in Shelby County, Tennessee. I have lived in Memphis for over 20 years.  I grew up in the Magnolia neighborhood of Memphis, and I went to Central High School, close to Midtown. I have a lot of family in Memphis, including six brothers, a sister, and nineteen nieces and nephews. My family has family reunions every other year in Memphis.

3.      I am lawfully registered to vote.  I vote regularly in federal elections and have been a voter for over twenty years.

4.      Before May 7, 2026, I resided in Congressional District 9.  Before May 7, 2026, Congressional District 9 was based around Memphis's core and included much of the City of Memphis and Shelby County.  For as long as I can remember there has been a congressional district that centers on Memphis. I am now in the newly redrawn Congressional District 9.

5.      I am the Director of Power Building at the Equity Alliance Foundation (the "Equity Alliance").

6.      The Equity Alliance is formed under Section 501(c)(3) of the Internal Revenue Code. Our advocacy organization—the Equity Alliance Fund—is formed under Section 501(c)(4).

7.      Founded in 2016, the Equity Alliance is a Black-led grassroots organization promoting civic engagement among Black communities in Tennessee. The Equity Alliance's mission is to educate, empower, and mobilize Black people to take action and keep our government

in check. The Equity Alliance is dedicated to expanding the electorate, educating communities of color about the political process, and engaging and empowering citizens to vote.

8. As Director of Power Building, I have engaged in one-on-one conversations with Black voters across Memphis. I have developed an understanding of the needs that Black voters in Memphis have through the Equity Alliance's programming and my lived experiences as a life-long Memphian.

9. At the Equity Alliance we engage with voters where they are: at barbershops, churches, people's homes, among other locations. We reach out to voters via phone banking, canvassing, civic action events where we register, educate, and mobilize voters across Memphis.

10. Since 2016 the Equity Alliance has registered over 90,000 voters.

11. In response to the May 2026 special-session, I organized with other community leaders to lobby Tennessee Legislators against passing the new redistricting plan: HB 7003. I met with legislators in May 2026 to discuss how the May 2026 map is extremely harmful to Black voters. The General Assembly passed the redistricting plan despite Black community leaders speaking out against the legislation and our discussions about its impact.

12. I find the idea that Tennessee Legislators do not know the racial demographics of Memphis, the demographics of old Congressional District 9, or that Memphis is a majority-Black city, laughable. I do not think that the Legislators who claimed not to know these facts during the special session were credible.

13. The May 2026 map makes it increasingly difficult for the Equity Alliance to organize and advocate for issues that matter to Black voters across Shelby County. Under the old redistricting plan before May 2026, I could speak to voters knowing who their congressional representative was because everyone in the core of Memphis lived in the Ninth Congressional

3

District. The Equity Alliance prepared voter education materials with information about the August 2026 primary elections that relied on the old redistricting plan. The May 2026 map forces the Equity Alliance and myself to now revise all those voter education materials. I must now tailor my voter education and advocacy to each voter depending on their new congressional district lines. Learning how the new congressional district lines divide Memphis, and learning where voters fall within those lines, will take time that I would have otherwise spent registering new voters and advancing the Equity Alliance's mission.

14. I am a registered Democrat and have voted for Democratic candidates for Congress. I have also supported Presidents Barack Obama, Joe Biden, and Vice President Kamala Harris.

15. I vote for Democratic candidates because they tend to care about policies that are less harmful—or sometimes beneficial—to all people, but specifically Black people. In my experience, Democratic candidates are more likely to support issues that matter to me and my community, like environmental justice, voting rights, healthcare, childcare, gun reform, racial equity, criminal legal system reform, and affordable housing.

16. In contrast, the Republican Party majority in the General Assembly pushes policies that I find directly harm Black people. For example, the General Assembly refuses to pass gun reform and instead makes carrying and possessing guns without a permit easier. The General Assembly passed laws for gun offenses that allow prosecutors to charge youth as adults. In Memphis, where we have a higher degree of gun crime than other parts of the state, this law disproportionately impacts Black youth, exposing them to prosecution as adults. The General Assembly also welcomed the Federal takeover of Memphis by President Trump, which has disrupted daily life in my community. I feel like the General Assembly has no regard for Black lives.

4

17.     The 2026 Map continues a pattern of the General Assembly targeting Memphis and predominately Black civic entities. The General Assembly recently passed legislation that took away local control over the Memphis-Shelby County School Board, and the Memphis-Shelby County Airport Authority. To my knowledge, the General Assembly has not taken over any other local government entities, besides those in Memphis. I feel like the General Assembly does not have the interests of Black Memphis voters in mind whatsoever.

18.     Under the 2026 map, I am in the newly drawn Ninth Congressional District. My new congressional district is likely to be represented by Brent Taylor, the Republican State Senator for State Senate District 31.

19.     I don't know any Black people in Memphis who would support Senator Taylor for Congress. He does not represent Memphis interests at all. Senator Taylor has consistently pushes forward policies that disproportionately harm Black people. For example, he proposed increasing punishments for juvenile offenders that would allow the state to prosecute them as adults. This form of adultification would disproportionately harm Black children. Senator Taylor has also used language euphemistic for targeting Black people, like saying he wants to Make Memphis Matter, by "cleaning Memphis up" and cleaning crime. His so-called "solutions" will harm Black voters in Memphis, by seeking to incarcerate Memphis residents. He does not know what it means to represent Memphis or Memphis constituents. If the 2026 Map remains in place I fear that I will not have a congressional representative who is responsive to the issues that matter to me and other Black Memphians.

20.     I have no relationship with Senator Taylor. Based on my knowledge of his positions, I have concerns that he will not be responsive to my needs or the needs of other Black Memphis voters who he might represent.

5

21. The General Assembly's process for creating these new congressional districts troubles me. The way the General Assembly ignored the needs of Black voters in Memphis is upsetting. The process made me feel like we cannot find refuge in legislation to protect Black voters in Memphis. The General Assembly took away legislation that has long guided the legislative process for redistricting in Tennessee. I feel like I cannot find refuge in the courts, because the courts took away the Voting Rights Act. The General Assembly's actions have made me feel hopeless. Yet, it makes me want to innovate how I fight for the representation and associational rights that Black Memphians and I deserve.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on: May 11, 2026

*Rachael Spriggs*
Rachael Spriggs (May 11, 2026 12:48:19 CDT)

Rachael Spriggs

6