# Exhibit 7

**DECLARATION OF KERMIT MOORE**

I, Kermit Moore, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      My name is Kermit Moore. I am over 18 years of age and competent to make this declaration.

2.      I am an African American U.S. citizen and a resident of  Memphis, Tennessee.  I have lived in Memphis almost all my life.  I grew up in Memphis, and I went to high school at Memphis Technical High School, in Midtown. My children, grandchildren, nieces, nephews, and uncles all live in Memphis as well.

3.      I am lawfully registered to vote.  I vote regularly in federal elections and have been a voter since 1980.

4.      Before May 7, 2026, I resided in Congressional District 9.  Before May 7, 2026, Congressional District 9 was based in Memphis and included much of the City of Memphis and Shelby County.  As long as I can remember, there has been a congressional district that represents Memphis. I am now in Congressional District 5.

5.      I am the President of the Memphis A. Philip Randolph Institute ("APRI").

6.      APRI is formed under Section 501(c)(3) of the Internal Revenue Code and is the Memphis chapter of the national A. Philip Randolph Institute.

7.      APRI was organized in 1970 by Black union activists determined to champion the cause of workers, voters of color, and marginalized communities by, in part, increasing voter participation in government.

8.      APRI's mission is to bridge the gap between organized labor and the Black community to register, educate, and activate voters and the community on issues that are affecting them.

9.      APRI has approximately 70 members, of whom 25 are active.

10.      A majority of Memphis APRI's individual members reside in Memphis, are Black, and share APRI's mission. These members are also registered voters who vote regularly in local, state, and federal elections and plan on voting in the 2026 congressional elections this year.

11.      Voter education is a core part of APRI's mission. APRI is known in the community as a trusted resource for voter education and information in Memphis, and it seeks to encourage the maximum participation of eligible voters in all Memphis elections.

12.      In line with this mission to educate voters, APRI has engaged in voter education efforts around the 2026 elections in Memphis. For example, APRI plans on canvassing in the community to speak with voters about different issues on the ballot and encourage voters to go out and vote for representatives of their choice.

13.      APRI relies on volunteers for our voter advocacy efforts, which include Get Out the Vote campaigns ("GOTV"), and election monitoring, which are at the heart of APRI's mission. APRI holds poll parties and community events to check voter registration and register voters, discuss the elections with voters, and educate voters on candidates and issues on the ballots. APRI hosts voter registration events, where we also check voter registration.

14.      APRI also advocates for voters through phone banking and email campaigns about issues important to APRI members and the Memphis community, like expanding Medicaid under the Affordable Care Act and protecting funding for children in Tennessee to be fed during the summer when out of school. In 2026, the Tennessee Legislature stopped funding this food program for children, which disproportionately harms Black children in Memphis.

15.      Throughout the May 2026 special session redistricting process, and because of General Assembly's enactment of the mid-decade May 2026 map, APRI has diverted staff time

3

and resources from our routine voter mobilization efforts and policy work to advocate for fair and equal districts. For example, APRI diverted volunteer resources from canvassing in Memphis to lobby in-person in Nashville during the special session. APRI members and volunteers unable to travel called and emailed Tennessee Legislators asking them to vote against the new redistricting plan. The May 2026 special session took priority because, in order to advance our mission, APRI had to work to try to make Memphis voters' voices heard in Nashville.

16. The May 2026 map forces APRI to spend more time and resources on canvassers and voter education materials. APRI will need to educate its members about the three new congressional districts in Shelby County and create new voter education materials that reflect the new redistricting plan and new election dates.

17. As the 2026 congressional election approaches, APRI is now forced to divert resources from its broader voter registration and community engagement initiatives across Shelby County to fight against the discriminatory map and its dilutive and retaliatory effects against Black voters. Because the Legislature has enacted a map that intentionally carves Black voters in Memphis into three different congressional districts, APRI will need to increase education and outreach to members and Black voters in Memphis where the split across Congressional Districts Five, Eight, and Nine dilute Black voting strength.

18. The new redistricting map impacts how APRI members and volunteers can speak with Memphis voters about congressional races. It will take time and resources to learn about the new districts and learn who is in them. APRI will need to work even harder to activate Black voters in Memphis, who are aware that their voices are being minimized because of district lines. Three-minute conversations at the door now turn into at least five-minute conversations. The need to

4

extend conversations will make our voter activation work less effective as we will be able to reach fewer voters in the same amount of time.

19. Keeping a congressional district centered around Memphis preserves the ability of Memphis's Black community to elect our preferred candidates of choice and have a voice in Congress. Keeping the core of Memphis within a congressional district gives Black voters in Memphis an equal opportunity to elect candidates of their choice and combat longstanding racial discrimination in Tennessee.

20. As a longtime voter in Memphis, I personally have always supported Democratic candidates. I have voted for and supported Representative Cohen for Congress, including in all the years that he's on the ballot. I have also supported former Presidents Barack Obama, Joe Biden, and Vice President Kamala Harris during presidential election years as well.

21. I tend to vote for Democratic candidates because they share my interests and the interests of my community. Those interests include healthcare, education, the environment, racial equity, and good jobs.

22. I have advocated to Representative Cohen about issues important to me and my community. For example, I contacted him about a newly built AI datacenter in South Memphis about five miles from my home. The datacenter was polluting the air in South Memphis and adding noise to the community. After communicating my concerns to Representative Cohen, I understand that he reached out to the EPA. The EPA responded, communicating that the data center was running without the proper permits. Representative Cohen was also supportive of my community's healthcare concerns during the pandemic, and he has fought for federal funding needed in Memphis.

5

23.     I have always felt that Representative Cohen is accessible and willing to listen to the voices of his constituents. His office always responds to my calls, emails, or in-person visits. This accessibility is important to me and my community to ensure that our interests are actually represented in Congress.

24.     Representative Cohen hosts town halls across Memphis. He consistently reaches out to my community since he has taken office. I also see Representative Cohen in the community. For example, I saw him on May 4, 2026, at a town hall, and I see him at No Kings protests. During the pandemic, Representative Cohen held virtual town halls too.

25.     The Tennessee Republican Party has done little to support issues I care about, like racial equity. Republican legislators do everything they can to divide people by race. I feel like the Tennessee Republican Party is hostile to African Americans, and it is not a party of inclusion. The Tennessee Republican Party is totally against everything important to me. They are anti-Black, anti-Memphis, and anti-healthcare. For example, the Tennessee Republican Party, which dominates our General Assembly, has not expanded Medicaid under the Affordable Care Act, and declined to continue funding a program to feed children while they are out of school in the summer. This program offered Black and brown children in Memphis with food during the summer to keep them from going hungry.

26.     The General Assembly consistently passes state laws that block laws that our local governments in Memphis and Shelby County pass. When our local governments passed laws to raise the minimum wage, or regulate traffic stops in response to Tyre Nichols' killing, the Tennessee Republican Party introduced laws prohibiting local governments from doing that. The General Assembly has taken away local control of Memphis schools and the Memphis-Shelby County Airport Authority too, against the wishes of Black residents in Memphis.

6

27. Under the May 2026 map, I fear that I will not have a representative who is responsive to issues that matter to me and my community. As a resident of Memphis, I know that Memphis makes up its own unique community of interest. My new Congressional District Five connects South Memphis along the Mississippi State line to Franklin, Tennessee. I don't know what Franklin residents have in common with Memphis residents over 200 miles away.

28. The life and culture in Memphis is different from that of rural Western Tennessee counties too. Memphis is majority Black and urban. The rural counties of Western Tennessee are predominately white, agricultural counties.

29. I have no relationship with my new congressional representative. My civic engagement experience has left me feeling that the Republican Party does not want to hear from me. When I have reached out to Republican representatives in Tennessee about issues that matter to me and my community, like education, they do not listen to me.

30. During the May 2026 special session, APRI and I reached out to every Republican representative in the Tennessee Legislature about this redistricting's impact on Memphis and Black voters. The representatives ignored us. All but two Republican representatives voted for the irregular mid-decade redistricting. Based on my knowledge of the Tennessee Republican Party's positions, I have concerns that my new congressional representative will not be responsive to my needs or the needs of other Black voters who share my interests and have been moved out of old Congressional District Nine.

31. This new redistricting plan makes me feel like Tennessee's Republican Party wants Jim Crow again. I do not believe a Congressional representative can be responsible for the people of Franklin and the people of Memphis at the same time. I am concerned about funding for the city, as chopping Memphis up into three pieces will impact funding for roads too. Without a single

7

representative focusing on Memphis, our new Congressional representatives will have competing interests between areas with little in common for federal funding purposes.

32. Organizing my network, APRI, and my community to turn out and vote will be much harder to do now because of the way Memphis is divided. I never believed I'd be fighting the civil rights fight that my parents and grandparents fought.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 11, 2026

Kermit Moore