# Exhibit 8

# DECLARATION OF REV. DR. J. LAWRENCE TURNER

I, Rev. Dr. J. Lawrence Turner, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Rev. Dr. J. Lawrence Turner. I am over 18 years of age and competent to make this declaration.

2. I am a Black citizen of the United States and the State of Tennessee. I live in Memphis in Shelby County, Tennessee. I am the Senior Pastor of the Mississippi Boulevard Christian Church (Disciples of Christ). I have served as the Senior Pastor for the past thirteen years.

3. I am also the Board President and Founder of the Black Clergy Collaborative of Memphis. The Black Clergy Collaborative is a 501(c)(3) non-profit membership organization. We have individual ministers as well as their congregations as members of our organization. Currently, approximately 20 ministers and their church congregations are members of the Black Clergy Collaborative.

4. All of our members live in Shelby County, in and around Memphis. Nearly all of our members are Black. For members above 18, most are registered voters who vote regularly in local, state, and federal elections in Memphis and Shelby County, and plan to vote in the congressional elections this year. The vast majority of our members voted for Vice President Harris in 2024 and other Democratic candidates for office, including in Congressional District 9.

5. In my experience as a Black pastor in Tennessee and doing civic engagement work within the Black community, the community members that the Black Clergy Collaborative interacts with support Democratic candidates for office because of their positions on equality and resources for health care, including Medicaid expansion.

6. The mission of the Black Clergy Collaborative is to unite and empower the Black church as a catalyst for social justice. We believe that the Black church has a unique role to play in advancing economic empowerment, advocating for criminal justice reform, and promoting civic engagement. We are committed to fostering a supportive network of clergy and congregations, cultivating voices of leadership and empowerment, and building a more just and equitable democracy for all. It is a core part of our mission to engage the

Black community in Memphis and Shelby County in civic life, including through voting and communicating with our elected officials.

7. The Black Clergy Collaborative played a vital role in the Reimagining Policing in Memphis Initiative and endeavors to live out its mission through the establishment of the following programs: D-Free Initiative, BCCM-Hope Credit Union Small Loan Fund, Journey to Food Justice, and created the African American Clergy Collective of Tennessee that seeks to engage clergy organizations and state legislators across the state.

8. We work through volunteers from our affiliated churches to engage the Black community in Shelby County in civic life, including through voting and other engagement with the government. The Black Clergy Collaborative is known in the community as a trusted source for voter engagement and education in Memphis and Shelby County.

9. In support of our civic engagement work, we hold information sessions, send postcards to voters (8,500 already sent this year, with a goal of 30,000), hold phone and text banks, and host candidate forums. We have already engaged in substantial voter engagement work in 2026.

10. The new redistricting map will impact how we are able to connect with people about elections for Congress. It will become more difficult for the Black Clergy Collaborative to engage voters in Memphis, who are now well aware that the map was drawn to shut them out of the process. The dividing up of Memphis into three congressional districts will make it much harder to connect with voters, as close neighbors will now no longer be voting in the same districts. The way that the Tennessee Republican legislators have drawn the lines will make it very hard for the Black Clergy Collaborative to organize voters and promote civic engagement. They have drawn the districts connecting the core of Memphis with extremely rural areas, hundreds of miles away. The concerns of the community in Memphis are nothing like the concerns of rural voters, so there will not be common ground on what is needed from our representatives. The physical distance itself will also prevent us from doing civic engagement work across a congressional district under this new plan. The distance that we have to travel would make it all but impossible. This is particularly true as many of our members and volunteers do not have a vehicle, and there is no reliable public transportation, and nothing connecting Shelby County to the rural areas across western to middle Tennessee, so they would not even be able to travel such distances. These districts will likely increase voter disengagement and depress turnout in the Black community.

11. Current Congressional District 9 Congressman Steve Cohen is a frequent visitor to my congregation, the Mississippi Boulevard Christian Church. Representative Cohen regularly engages with Black churches in Memphis and Shelby County and has held many of his town halls and events at the Mississippi Boulevard Christian Church. Representative Cohen and his district office are extremely responsive to the concerns of the Black community and provide constituent services.

12. The City of Memphis is predominantly Black, and it has been repeatedly targeted by the Legislature. The Legislature has attacked our education system, taking over the school board. The students within the district are predominantly Black and is the only one being targeted in this way. There have also been recent discussions of housing foster children in juvenile detention centers. If the Legislature follows that path, this will fall predominantly on Black and Brown children.

13. Another issue of critical concern to the Black community in Memphis is access to health care. Tennessee did not expand Medicaid which is detrimental to the Black community. Republicans in Congress vote against the sort of funding that is needed to address these issues.

14. Memphis is also being targeted under the federal government's so-called, "Memphis Safe Task Force." This Task Force does not make Memphis safe. It endangers our communities. Pushing back against this with our federal representatives is critical for the people in Memphis. As the Black community in Memphis is now split across congressional districts, the likely incoming congresspeople will not push back, and indeed some candidates in those races welcomed the federal intervention.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on May /1 , 2026

Rev. Dr. J. Lawrence Turner

2