**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

AMBER SHERMAN, RACHAEL SPRIGGS, KERMIT MOORE, BLACK CLERGY COLLABORATIVE OF MEMPHIS, MEMPHIS A. PHILIP RANDOLPH INSTITUTE, THE EQUITY ALLIANCE,

*Plaintiffs*,

v.

TRE HARGETT, in his official capacity as Secretary of State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for Tennessee, STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, JIMMY ELDRIDGE, MIKE MCDONALD, SECONDRA MEADOWS, VANECIA BELSER KIMBROW, and KENT YOUNCE, in their official capacities as members of the State Election Commission,

*Defendants.*

**THREE-JUDGE PANEL REQUESTED**

Civil Action No 26 Civ. 616

Judge Crenshaw

**RESPONSE TO MOTION FOR REASSIGNMENT**

Administrative Order No. 176 by its terms creates no presumption in favor of reassignment of a case merely because it is related, and under the circumstances, where the legal issues are completely distinct and there is a need for immediate temporary relief, the Court's retaining this case is in the interest of justice. *See* ECF No. 6. Plaintiffs adhered to the terms of Administrative Order No. 176 by properly marking this case as related to *Hale* matter, and then filed their motion to retain at the earliest possible moment to apprise the Court of their position in light of the fast-moving nature of this case.

1

Defendants' implication of any inappropriate action by "ACLU Counsel," Def.'s Opp. at 1-2, 8, ECF No. 18, is misleading and meritless.

Dated this 13th day of May, 2026.        Respectfully submitted,

/s/ Lucas Cameron-Vaughn

Ari J. Savitzky*                        Lucas Cameron-Vaughn (36284)
Theresa J. Lee*                        Zee Scout (042637)
Dayton Campbell-Harris*         ACLU FOUNDATION OF TENNESSEE
Jonathan Topaz*                        P.O. Box 120160
Sophia Lin Lakin*                    Nashville, TN 37212
AMERICAN CIVIL LIBERTIES UNION FOUNDATION  (615) 320-7142
125 Broad Street, 18th Floor        lucas@aclu-tn.org
New York, NY 10004               zscout@aclu-tn.org
(212) 549-2500
asavitzky@aclu.org
tlee@aclu.org
dcampbellharris@aclu.org
jtopaz@aclu.org
slakin@aclu.org

*motion for admission *pro hac vice* forthcoming