## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

AMBER SHERMAN, RACHAEL SPRIGGS, KERMIT MOORE, BLACK CLERGY COLLABORATIVE OF MEMPHIS, MEMPHIS A. PHILIP RANDOLPH INSTITUTE, EQUITY ALLIANCE,

*Plaintiffs*,

*v.*

TRE HARGETT, in his official capacity as Secretary of State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for Tennessee, STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, JIMMY ELDRIDGE, MIKE MCDONALD, SECONDRA MEADOWS, VANECIA BELSER KIMBROW, and KENT YOUNCE, in their official capacities as members of the State Election Commission,

*Defendants.*

**THREE-JUDGE PANEL REQUESTED**

Civil Action No. 3:26-cv-00616

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.01(b) of the Local Rules of this Court, Lucas Cameron-Vaughn hereby moves for the admission *pro hac vice* for Dayton Campbell-Harris, an attorney at the American Civil Liberties Union, 125 Broad Street, Floor 18, New York, NY 10004, dcampbellharris@aclu.org, for the purposes of this litigation in this Court as counsel for plaintiffs.

    1.    The attorney does not reside in this district and does not maintain an office in this district for the practice of law.

1

2.     The attorney is a member in good standing of the Eastern District of Michigan, U.S. District Court. A certificate of good standing and sworn statement regarding disciplinary, contempt, and criminal proceedings are attached, and the filing fee in the amount of $150.00 has been paid to the Clerk via the Court's electronic payment system.

Dated: May 13, 2026                              Respectfully submitted,

                                                 /s/ Lucas Cameron-Vaughn
                                                 Lucas Cameron-Vaughn, BPR No. 036284
                                                 ACLU Foundation of Tennessee
                                                 P.O. Box 120160
                                                 Nashville, TN 37212
                                                 Tel.: 615-645-5067
                                                 lucas@aclu-tn.org

                                                 *Attorney for Plaintiffs*

2

AMBER SHERMAN, RACHAEL SPRIGGS, KERMIT MOORE, BLACK CLERGY COLLABORATIVE OF MEMPHIS, MEMPHIS A. PHILIP RANDOLPH INSTITUTE, EQUITY ALLIANCE,

*Plaintiffs*,

v.

TRE HARGETT, in his official capacity as Secretary of State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for Tennessee, STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, JIMMY ELDRIDGE, MIKE MCDONALD, SECONDRA MEADOWS, VANECIA BELSER KIMBROW, and KENT YOUNCE, in their official capacities as members of the State Election Commission,

*Defendants*.

**THREE-JUDGE PANEL REQUESTED**

Civil Action No. 3:26-cv-00616

## DECLARATION OF DAYTON CAMPBELL-HARRIS

1.      I hereby certify that I am a member in good standing of the Eastern District of Michigan, U.S. District Court. A true and correct copy of my Certificate of Good Standing is included with the motion for my admission *pro hac vice*.

2.      I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

/s/ Dayton Campbell-Harris         .
Dayton Campbell-Harris

3

AMERICAN CIVIL LIBERTIES UNION
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
dcampbellharris@aclu.org

4

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on May 13, 2026, a true and correct copy of the

foregoing has been served on counsel for the Defendant or Defendants themselves via the Court's

CM/ECF system:


ZACHARY BARKER
zachary.barker@ag.tn.gov

CODY BRANDON
cody.brandon@ag.tn.gov

TAYLOR MEEHAN
 taylor@consovoymccarthy.com


/s/ Lucas Cameron-Vaughn
Lucas Cameron-Vaughn, BPR No. 036284
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 645-5067
lucas@aclu-tn.org