# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

AMBER SHERMAN, RACHEL SPRIGGS, )
KERMIT MOORE, BLACK CLERGY )
COLLABORATIVE OF MEMPHIS, MEMPHIS )
A. PHILIP RANDOLPH INSTITUTE, EQUITY )
ALLIANCE, )
                        )
      Plaintiffs, )
                        )
v. )     No. 3:26-cv-00616
                        )
TRE HARGETT, in his official capacity as )
Secretary of State of Tennessee, MARK GOINS, )
in his official capacity as Coordinator of Elections )
of Tennessee, STATE ELECTION COMMISSION, )
and DONNA BARRETT, JUDY BLACKBURN, )
JIMMY ELDRIDGE, MIKE MCDONALD, )
SECONDRA MEADOWS, VANECIA BELSER )
KIMBROW, and KENT YOUNCE, in their official )
Capacities as members of the State Election )
Commission, )
                        )
      Defendants. )

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of appearance as counsel on behalf of Tre Hargett, in his official capacity as Secretary of State of Tennessee, Mark Goins, in his official capacity as Coordinator of Elections of Tennessee, the State Election Commission, and Donna Barrett, Judy Blackburn, Jimmy Eldridge, Mike McDonald, Secondra Meadows, Vanecia Belser Kimbrow, and Kent Younce, all in their official capacities as members of the State Election Commission. The undersigned counsel requests that court notices and service of all pleadings, motions, and other papers be directed to the undersigned counsel.

1

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Andrew D. Denning*
ANDREW D. DENNING (BPR #042208)
Assistant Attorney General
Constitutional Defense Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 253-1103
Andrew.Denning@ag.tn.gov

2

**CERTIFICATE OF SERVICE**

I certify that the foregoing Notice was filed electronically on May 13, 2026.  A true and

correct copy of that filing was forwarded on the same day via the Court's CM/ECF system upon

the following:

Lucas Cameron-Vaughn
Zee Scout
ACLU (Nashville Office)
P O Box 120160
Nashville, TN 37212
Email: lucas@aclu-tn.org
Email: zscout@aclu-tn.org

*/s/ Andrew D. Denning*
ANDREW D. DENNING
Assistant Attorney General

3