# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

AMBER SHERMAN, et al.,      )
                         )
    **Plaintiffs,**         )
                         )
**v.**                           )      No. 3:26-cv-00616
                         )
**TRE HARGETT, in his official capacity**   )
**as Secretary of State of Tennessee, et al.,**   )
                         )
    **Defendants.**       )

## ORDER

Before the Court is Plaintiffs' ripe motion to retain case assignment. (Doc. Nos. 6, 18 and 21).

The parties acknowledge that the above-styled case arises from the Tennessee General Assembly's May 2026 redrawing of Tennessee's congressional districts. Plaintiffs allege that the General Assembly's action "unlawfully targeted black voters in violation of the Fourteenth and Fifteenth Amendments." (Doc. No. 1 at 1). Before this case was filed a group of persons alleging to be "registered voters" and "qualified candidates" filed a different case, Hale et al., v. Lee et al., Case No. 3:26-cv-603, alleging that the newly configured congressional districts violate the First and Fourteenth Amendments and 42 U.S.C. § 1983. (Doc. No. 1 at 4, 20, 21); (Case No. 3:26-cv-603). Plaintiffs request that the instant action not be reassigned to the earlier filed case, No. 3:26-cv-00603, which Plaintiffs concede "arises out of the same transaction or occurrence (namely the May 2026 redistricting)" and shares "some common defendants." (Doc. No. 6 at 2).

Plaintiffs' motion is **DENIED.** Both cases arise out of the same event, the recently constructed congressional districts. Each case raises similar and different legal claims. The relief

they seek is similar.  Treating each case separately duplicates the parties' efforts and expense and duplicates judicial resources.  This is especially so considering each case may require a three-judge panel.  Reassignment is proper and legally justified.

The Clerk shall reassign this case to Chief Judge William L. Campbell, Jr.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

2