**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

Nashville Division

AMBER SHERMAN, RACHEL SPRIGGS, KERMIT MOORE, BLACK CLERGY COLLABORATIVE OF MEMPHIS, MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, EQUITY ALLIANCE

v.

TRE HARGETT, in his official capacity as Secretary of State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections of Tennessee, STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, JIMMY ELDRIDGE, MIKE MCDONALD, SECONDRA MEADOWS, VANECIA BELSER KIMBROW, and KENT YOUNCE, in their official capacities as members of the State Election Commission

Case No. 3:26-cv-00616

Judge Waverly D. Crenshaw, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Olivia C. Rogers hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendants.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.      I am a member in good standing of the following United States District Court or United States appellate court: U.S. Court of Appeals for the Ninth Circuit

Attached is a Certificate of Good Standing from that court.

2.      I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3.      I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4.      I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Andrew D. Denning (BPR# 042208)
P.O. Box 20207
Nashville, TN 37202
(615) 253-1103
Andrew.Denning@ag.tn.gov

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Olivia C. Rogers _____ Signature

Name: Olivia C. Rogers

State where admitted and State Bar Number: Missouri, Bar No. 75739

Business Address: 1600 Wilson Blvd., Suite 700, Arlington, VA 22209

Local Address [if different from above]:

Phone: 703-243-9423

Email: orogers@consovoymccarthy.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion was filed on May 15, 2026. A true and correct copy of that filing was forwarded on the same day via the Court's CM/ECF system upon the following:

Lucas Cameron-Vaughn
Zee Scout
ACLU (Nashville Office)
P.O. Box 120160
Nashville, TN 37212
lucas@aclu-tn.org
zscout@aclu-tn.org

                                                      */s/ Olivia C. Rogers*
                                                      Olivia C. Rogers



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Olivia Rogers was duly

admitted to practice in this Court on December 29, 2025 and is in good standing in

this Court.

Dated at San Francisco, California on May 7, 2026.

_____

Clerk of the United States Circuit Court of Appeals for the Ninth Circuit