# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

AMBER SHERMAN, RACHAEL SPRIGGS, KERMIT MOORE, BLACK CLERGY COLLABORATIVE OF MEMPHIS, MEMPHIS A. PHILIP RANDOLPH INSTITUTE, THE EQUITY ALLIANCE,

*Plaintiffs*,

v.

TRE HARGETT, in his official capacity as Secretary of State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for Tennessee, STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, JIMMY ELDRIDGE, MIKE MCDONALD, SECONDRA MEADOWS, VANECIA BELSER KIMBROW, and KENT YOUNCE, in their official capacities as members of the State Election Commission,

*Defendants*.

**THREE-JUDGE PANEL REQUESTED**

Civil Action No 26 Civ. 616

Judge Campbell

## NOTICE OF ADDENDUM AND CORRECTION

Plaintiffs submit this Notice to supply the Court with the Addendum and Correction to the expert report of Dr. Jonathan Cervas, which was included in the package of materials submitted in support of Plaintiffs' pending motion for a temporary restraining order and/or preliminary injunction, Pl.'s TRO & PI Mot., ECF No. 20. *See* Pl.'s TRO and PI Mot. Ex. 4, Report of Dr. Jonathan Cervas, ECF No. 20-4. As set forth in the Addendum and Correction, which is appended to this Notice, Dr. Cervas discovered an error in his original analysis and offers a corrected analysis correcting the error and confirming that the substance of Dr. Cervas's conclusions in his original report are not affected: It is virtually impossible to draw a Tennessee congressional map using

traditional districting principles that does not include a Black opportunity district in Memphis-Shelby County unless race is taken into account.

Dated this 18th day of May, 2026        Respectfully submitted,

<table>
<tr><td></td><td>/s/ <em>Lucas Cameron-Vaughn</em></td></tr>
<tr><td>Ari J. Savitzky*</td><td>Lucas Cameron-Vaughn (36284)</td></tr>
<tr><td>Theresa J. Lee*</td><td>Zee Scout (042637)</td></tr>
<tr><td>Dayton Campbell-Harris*</td><td>ACLU FOUNDATION OF TENNESSEE</td></tr>
<tr><td>Jonathan Topaz*</td><td>P.O. Box 120160</td></tr>
<tr><td>Sophia Lin Lakin*</td><td>Nashville, TN 37212</td></tr>
<tr><td>AMERICAN CIVIL LIBERTIES UNION FOUNDATION</td><td>(615) 320-7142</td></tr>
<tr><td>125 Broad Street, 18th Floor</td><td>lucas@aclu-tn.org</td></tr>
<tr><td>New York, NY 10004</td><td>zscout@aclu-tn.org</td></tr>
<tr><td>(212) 549-2500</td><td></td></tr>
<tr><td>asavitzky@aclu.org</td><td></td></tr>
<tr><td>tlee@aclu.org</td><td></td></tr>
<tr><td>dcampbellharris@aclu.org</td><td></td></tr>
<tr><td>jtopaz@aclu.org</td><td></td></tr>
<tr><td>slakin@aclu.org</td><td></td></tr>
</table>

*motion for admission *pro hac vice* pending

2