**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| AMBER SHERMAN, RACHAEL SPRIGGS, KERMIT MOORE, BLACK CLERGY COLLABORATIVE OF MEMPHIS, MEMPHIS A. PHILIP RANDOLPH INSTITUTE, THE EQUITY ALLIANCE,<br><br>     *Plaintiffs*,<br><br>  *v.*<br><br>TRE HARGETT, in his official capacity as Secretary of State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for Tennessee, STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, JIMMY ELDRIDGE, MIKE MCDONALD, SECONDRA MEADOWS, VANECIA BELSER KIMBROW, and KENT YOUNCE, in their official capacities as members of the State Election Commission,<br><br>     *Defendants.* | **THREE-JUDGE PANEL REQUESTED**<br><br>Civil Action No 26 Civ. 616<br><br>Judge Campbell |

**NOTICE OF ERRATA**

Earlier today, Plaintiffs submitted a Notice of Addendum and Correction to the expert report of Dr. Jonathan Cervas, ECF No. 34, and appended that Addendum and Correction to the notice, ECF No. 34-1. On page 4 of Dr. Cervas's Addendum and Correction, he included Figure 1, a figure that illustrated his findings in Paragraph 10. *See id.* at 4. During the filing process, Figure 1 did not properly display in the Addendum and Correction. *See id.* Consequently, and for completeness, Plaintiffs include Figure 1 below:



Dated this 18th day of May, 2026

Ari J. Savitzky*
Theresa J. Lee*
Dayton Campbell-Harris*
Jonathan Topaz*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
asavitzky@aclu.org
tlee@aclu.org
dcampbellharris@aclu.org
jtopaz@aclu.org
slakin@aclu.org

*motion for admission *pro hac vice* pending

Respectfully submitted,

/s/ *Lucas Cameron-Vaughn*
Lucas Cameron-Vaughn (36284)
Zee Scout (042637)
ACLU FOUNDATION OF TENNESSEE
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
lucas@aclu-tn.org
zscout@aclu-tn.org