**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **VICKI HALE, et al.,** <br>     **Plaintiffs,** <br><br> **v.** <br><br> **BILL LEE, Tennessee Governor, et al.,** <br>     **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **NO. 3:26-cv-00603**<br><br>)<br>)    **JUDGE CAMPBELL**<br>)    **MAGISTRATE JUDGE FRENSLEY**<br>) |
| **AMBER SHERMAN, et al.,** <br>     **Plaintiffs,** <br><br> **v.** <br><br> **TRE HARGETT, in his official capacity as** <br> **Secretary of State of Tennessee, et al.,** <br>     **Defendants.** | )<br>)<br>)<br>)<br>)<br>)    **NO. 3:26-cv-00616**<br>)<br>)    **JUDGE CAMPBELL**<br>)    **MAGISTRATE JUDGE FRENSLEY**<br>)<br>) |
| **TENNESSEE STATE CONFERENCE OF** <br> **THE NAACP, et al.,** <br>     **Plaintiffs,** <br><br> **v.** <br><br> **TRE HARGETT, in his official capacity as** <br> **Secretary of State of Tennessee, et al.,** <br>     **Defendants** | )<br>)<br>)<br>)<br>)    **NO. 3:26-cv-00638**<br>)<br>)<br>)    **JUDGE CAMPBELL**<br>)    **MAGISTRATE JUDGE FRENSLEY**<br>)<br>)<br>) |

**NOTIFICATION OF APPLICATION FOR A THREE-JUDGE COURT**

Three cases challenging the constitutionality of Tennessee's newly enacted congressional districts have been filed in this district. The cases are: *Hale v. Lee*, Case No. 3:26-cv-00603; *Sherman v. Hargett*, Case No. 3:26-cv-00616; and *NAACP Tennessee v. Hargett*, Case No. 3:26-cv-00638. In their complaints, the plaintiffs in *Sherman* and *NAACP Tennessee* request a three-judge court. (*Sherman*, Case No. 3:26-cv-00616, Doc. No. 1, ¶ 9; *NAACP Tenn.*, Case No. 3:26-cv-00638, Doc. No. 1, ¶ 26). In *Hale*, a three-judge panel was requested by Defendants, and not opposed by Plaintiffs. (Case No. 3:26-cv-00603, Doc. Nos. 37, 38).

Under 28 U.S.C. § 2284(b)(1), "the judge to whom the request is presented shall, unless he determines that three judges are not required, immediately notify the chief judge of the circuit, who shall designate two other judges, at least one of whom shall be a circuit judge." Accordingly, pursuant to 28 U.S.C. § 2284, the Court notifies the Honorable Jeffrey S. Sutton, Chief Judge of the United States Court of Appeals for the Sixth Circuit, of these requests so that he may designate two additional judges to participate in hearing and determining Plaintiffs' claims in these three cases to the extent appropriate. Because the cases involve common issues of fact and law and have been consolidated for purposes of case management, the Court suggests that the same three judges hear and decide the three cases.

The Clerk is **DIRECTED** to transmit a copy of this request forthwith to the Clerk of the United States Court of Appeals for the Sixth Circuit.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2