**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| AMBER SHERMAN, *et al.*, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| | ) Case No. 3:26-cv-00616 |
| v. | ) Judge Campbell/Frensley |
| | ) |
| | ) |
| TRE HARGETT, *et al.*, | ) |
| | ) |
| Defendant(s). | ) |

## **O R D E R**

This case is set for a Case Management Conference on June 9, 2026 at 9:00 a.m. At the conference, the parties shall be prepared to discuss whether an evidentiary hearing is necessary and the extent of any limited discovery necessary to prepare for any hearing on the motion. The parties should also be prepared to discuss whether additional briefing is necessary, identify a target Preliminary Injunction hearing date if necessary, and the estimated length of any hearing. All parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

**IT IS SO ORDERED**.

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**