**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **AMBER SHERMAN, RACHAEL SPRIGGS, KERMIT MOORE, BLACK CLERGY COLLABORATIVE OF MEMPHIS, MEMPHIS A. PHILIP RANDOLPH INSTITUTE, EQUITY ALLIANCE,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **NO. 3:26-cv-00616** |
| **v.** | ) ) | **JUDGE CAMPBELL** |
| **TRE HARGETT, in his official capacity as Secretary of State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections of Tennessee, STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, JIMMY ELDRIDGE, MIKE MCDONALD, SECONDRA MEADOWS, VANECIA BELSER KIMBROW, and KENT YOUNCE, in their official capacities as members of the State Election Commission,** | ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## ORDER

A hearing is scheduled for June 18, 2026, at 9:00 a.m., at the Fred D. Thompson United States Courthouse and Federal Building, 719 Church Street, Nashville, Tennessee, in Courtroom 6B. The parties have advised the Court that they do not intend to call witnesses or present evidence other than that filed in the record. Should that change, the parties must notify the Court immediately. Any additional proof must be filed no later than June 15, 2026.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE