# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

AMBER SHERMAN, RACHAEL SPRIGGS, KERMIT MOORE, BLACK CLERGY COLLABORATIVE OF MEMPHIS, MEMPHIS A. PHILIP RANDOLPH INSTITUTE, THE EQUITY ALLIANCE,

*Plaintiffs*,

*v.*

TRE HARGETT, in his official capacity as Secretary of State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for Tennessee, STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, JIMMY ELDRIDGE, MIKE MCDONALD, SECONDRA MEADOWS, VANECIA BELSER KIMBROW, and KENT YOUNCE, in their official capacities as members of the State Election Commission,

*Defendants.*

**THREE-JUDGE PANEL**

Civil Action No. 26 Civ. 616

Judges Campbell, Stivers, and Nalbandian

**UNOPPOSED MOTION TO ALLOW REMOTE LISTENING TO THE JUNE 18, 2026 HEARING VIA PUBLIC ACCESS AUDIO LINE**

Plaintiffs, through counsel, respectfully request that this Court make available an audio call-in line for remote listening to the June 18, 2026 hearing in the above-captioned case. As grounds for this motion, Plaintiffs state as follows:

1.     Plaintiffs' motion for a preliminary injunction is currently scheduled for hearing at 9:00 a.m. on Thursday, June 18, 2026, in Courtroom 6B. Dkt. No. 51.

2.     Certain Plaintiffs will be out of state on June 18, 2026, and so will not be able to attend the hearing in person.

1

3. This case is of substantial public interest, and many Memphians are interested in listening to the proceedings but are unable to attend in person.

4. Allowing interested parties to listen in to courtroom proceedings is consistent with the traditional right of access to judicial proceedings. *See generally In re Knoxville News-Sentinel Co.*, 723 F.2d 470, 473–76 (6th Cir. 1983) (discussing common law right of access).

5. The parties have conferred and Defendants do not oppose this motion.

6. Plaintiffs therefore respectfully request that the Court permit public access to the hearing via a listen-only call in line or Zoom link.

Dated this 16th day of June, 2026

Respectfully submitted,

/s/ *Theresa J. Lee*

| | |
|---|---|
| Lucas Cameron-Vaughn (36284) | Ari J. Savitzky* |
| Zee Scout (042637) | Theresa J. Lee* |
| ACLU FOUNDATION OF TENNESSEE | Dayton Campbell-Harris* |
| P.O. Box 120160 | Jonathan Topaz* |
| Nashville, TN 37212 | Sophia Lin Lakin* |
| (615) 320-7142 | AMERICAN CIVIL LIBERTIES UNION |
| lucas@aclu-tn.org | FOUNDATION |
| zscout@aclu-tn.org | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| | (212) 549-2500 |
| | asavitzky@aclu.org |
| | tlee@aclu.org |
| | dcampbellharris@aclu.org |
| | jtopaz@aclu.org |
| | slakin@aclu.org |

*admitted *pro hac vice*