**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **AMBER SHERMAN, RACHAEL SPRIGGS, KERMIT MOORE, BLACK CLERGY COLLABORATIVE OF MEMPHIS, MEMPHIS A. PHILIP RANDOLPH INSTITUTE, EQUITY ALLIANCE,** | ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **NO. 3:26-cv-00616** |
| **v.** | ) ) | **JUDGE CAMPBELL** |
| **TRE HARGETT, in his official capacity as Secretary of State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections of Tennessee, STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, JIMMY ELDRIDGE, MIKE MCDONALD, SECONDRA MEADOWS, VANECIA BELSER KIMBROW, and KENT YOUNCE, in their official capacities as members of the State Election Commission,** | ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

**ORDER**

A hearing is scheduled for June 18, 2026, at 9:00 a.m. Plaintiffs' unopposed motion to allow remote listening to the hearing (Doc. No. 52) is **GRANTED**. Audio access for listening only will be available by calling **855-244-8681** and entering access code **2310 964 0001** when prompted.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE
