# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Nashville Division

Sherman, et al.

Case No. | 3:26-CV-00616

v.

Hargett, et al.

Judge | William L. Campbell, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Thomas Wilson hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendants .

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.  I am a member in good standing of the following United States District Court or United States appellate court: U.S. Court of Appeals for the Eleventh Circuit

Attached is a Certificate of Good Standing from that court.

2.  I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3.  I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4.  I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Andrew Denning (BPR #042208), P.O. Box 20207, Nashville, TN, 37202, 615-253-1103, andrew.denning@ag.tn.gov

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Thomas Wilson

/s/_____ Signature

Name: Thomas Wilson

State where admitted and State Bar Number: Alabama Bar No. 1494D25C

Business Address: 1600 Wilson Bldv., Suite 700, Arlington, VA 22209

Local Address [if different from above]:

Phone: 703-243-9423

Email: twilson@consovoymccarthy.com

## <u>CERTIFICATE OF SERVICE</u>

[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]

I hereby certify that on July 6, 2026, a true and correct copy of the foregoing motion was forwarded via the Court's CM/ECF filing system to all counsel for Plaintiffs.

*/s/ Thomas Wilson*
Thomas Wilson

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 10 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion  phv@tnmd.uscourts.gov.

# United States Court of Appeals
## Eleventh Circuit



**David J. Smith**
**Clerk of Court**

**Peter Busscher**
**Chief Deputy Clerk**


## CERTIFICATE OF GOOD STANDING


    I, DAVID J. SMITH, Clerk of the United States Court of Appeals for the Eleventh Circuit,

    **DO HEREBY CERTIFY** that **THOMAS WILSON** was duly admitted to practice in said Court on July 19, 2024, and is in good standing as a member of the bar of said Court.


Dated at Atlanta, Georgia on June 18, 2026.


                                DAVID J. SMITH, CLERK OF COURT


                        By: /S/ *Tresa A. Raines*

                        **Tresa A. Raines, Deputy Clerk**

