**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| AMBER SHERMAN, *et al.*, | ) | |
| *Plaintiffs,* | ) ) | |
| | ) | No. 3:26-cv-00616 |
| v. | ) | THREE-JUDGE COURT |
| | ) | |
| TRE HARGETT, in his official capacity as | ) | |
| Secretary of State of Tennessee, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

**JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES**

Plaintiff and Defendants, through counsel, file this Joint Motion to Continue Initial Case Management Conference and Associated Deadlines ("Joint Motion"). The Parties respectfully request that this Court continue the initial case management conference ("ICMC"), currently scheduled for August 18, 2026, at 9:30 a.m. Dkt. 5. The Parties request that the ICMC be moved to Monday, October 19, 2026, or a time convenient for the Court approximately 60 days from the currently scheduled date. Additionally, the parties request that the deadlines associated with the ICMC, including the submission of a proposed initial case management order ("ICMO"), be extended too.

All Parties agree that continuing the initial case management conference scheduled for August 18, 2026, would allow the parties to be better positioned to assess the case management needs. The Parties are mindful that initial case management

1

considerations are ongoing with the Court, and the Parties have amicably discussed case planning. When the parties agree on a scheduling matter, the parties' agreement is good cause. *ABC Indus. Laundry v. Allianz Glob. Risks U.S. Ins. Co.*, No. 2:21-CV-01029-APG-VCF, 2021 WL 3824663 (D. Nev. Aug. 26, 2021) (staying discovery upon agreement of the parties).

In support of their Joint Motion, the Parties state as follows:

1. On May 12, 2026, this Court issued its Order setting the ICMC for August 18, 2026, at 9:30 a.m. Dkt. 5. That Order requires the Parties to prepare and to submit to the court a proposed ICMO three business days before the ICMC. *Id.*

2. On May 13, 2026, Plaintiffs moved for a temporary restraining order and a temporary injunction, Dkt. 20, which the parties briefed and argued at a hearing on June 18, 2026. This Court denied preliminary relief. Dkt. 40, 62.

3. On May 22, 2026, this Court administratively consolidated this matter with two other cases challenging Tennessee congressional districts enacted in 2026, *NAACP Tennessee v. Hargett* and *Moses v. Lee*. Dkt. 38; *see Moses v. Lee*, No. 3:26-cv-00694, ECF No. 28. In those matters, plaintiffs' motions for preliminary injunction remain pending, and defendants' motions to dismiss remain pending. *See NAACP Tennessee v. Hargett*, No. 3:26-cv-00638, ECF Nos. 44, 55, 61; *Moses v. Lee*, No. 3:26-cv-00694, ECF Nos. 33, 55.

4. Defendants moved to dismiss for failure to state a claim and lack of jurisdiction on June 26, 2026. Dkt. 26. Plaintiffs responded on July 10, 2026, Dkt. 58, and

2

Defendants replied on July 17, 2026, Dkt. 60.

For the reasons above, the Parties jointly and respectfully request that this Court continue the ICMC to Monday, October 19, 2026, or a time convenient for the Court approximately 60 days from the currently scheduled date.

Respectfully Submitted,

<table>
<tr><td>

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ Zachary L. Barker
ZACHARY L. BARKER (035933)
*Senior Assistant Attorney General*

ANDREW DENNING (042208)
*Assistant Attorney General*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-7400
Zachary.barker@ag.tn.gov
Andrew.denning@ag.tn.gov
(615) 532-4098

TAYLOR A.R. MEEHAN*
THOMAS WILSON*
SOREN GEIGER*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
taylor@consovoymccarthy.com
bryan@consovoymccarthy.com
orogers@consovoymccarthy.com

*Counsel for Defendants*

</td><td>

/s/ Ari Savitzky
ARI J. SAVITZKY*
THERESA J. LEE*
DAYTON CAMPBELL-HARRIS*
JONATHAN TOPAZ*
SOPHIA LIN LAKIN*
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
asavitsky@aclu.org
tlee@aclu.org
dcampbellharris@aclu.org
jtopaz@aclu.org
slakin@aclu.org

LUCAS CAMERON-VAUGHN (36284)
ZEE SCOUT (042637)
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
lucas@aclu-tn.org
zscout@aclu-tn.org
*Counsel for Plaintiffs*

*Admitted pro hac vice

</td></tr>
</table>

3